# Order

Michigan Supreme Court
Lansing, Michigan

May 10, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155674(23)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

     SC: 155674
     COA: 335319
     Macomb CC: 2010-000571-FH;
                     2010-002531-FH;
                     2010-002532-FC

CHRISTIAN PHILLIP MARGOSIAN,
     Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of defendant-appellant to accept the supplemental pleading as part of the application for leave to appeal or to extend the page limitation for filing is GRANTED. The supplemental pleading submitted on May 1, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2017

_____
Clerk